No. 93–8923. JABAAY v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied. ▮

No. 93–8951. BENAVIDES GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 93–8956. BLACKBURN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 93–8962. CHUKWURA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 93–8967. FREEMAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▮

No. 93–8968. ORNELAS-RODRIGUEZ v. UNITED STATES; and
No. 93–9205. LOPEZ-GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 93–8972. THOMPSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 93–8976. KENT v. BECHTEL GROUP, INC. C. A. 9th Cir. Certiorari denied. ▮

No. 93–8984. ARNOLD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▮

No. 93–8995. MARKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 93–8999. LAMPKIN v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied. ▮

No. 93–9000. MULLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 93–9001. MURRELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 93–9002. ZEIGLER v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮

No. 93–9004. MITCHELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.